**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| NATHAN P. LORD and | ) | CASE NO: 18-31753-SHB |
| LAUREN M. LORD, | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |

**REPORT OF SALE**

Comes now the Trustee and would report the following on the sale of real property more particularly described below:

| Property Description | Purchase Price |
|---|---|
| 8500 Olde Colony Trail, Unit #14 | $160,000.00* |
| Knoxville, TN 37923 | |

Buyer(s): Jarius Allmon & Jasmine Serrano

**\*\*The purchase price does not reflect the estate's portion of the proceeds, which after the Debtor's exemption is paid, will be approximately $5,333.51.**

Dated this 3rd day of April, 2019

/s/ John P. Newton, Jr.
John P. Newton, Jr., Trustee
South Tower, Suite S-570
1111 Northshore Drive
Knoxville, Tennessee 37919
(865) 588-5111

# CERTIFICATE OF SERVICE

  I, John P. Newton, Jr., certify that a true and correct copy of the foregoing Report of Sale has been served on the following via Electronic Case Filing (ECF) and/or USPS (postage prepaid) on this the 3rd day of April, 2019.

| | |
|---|---|
| Tiffany DiIorio (ECF) | Brent S. Snyder, Esq. (ECF) |
| Office of the United States Trustee | Attorney for Debtors |

Nathan & Lauren Lord (USPS)
741 Yorkland Way
Knoxville, TN 37923

                /s/ John P. Newton, Jr.
                John P. Newton, Jr., Trustee

**Nathan & Lauren Lord**
**741 Yorkland Way**
**Knoxville, TN 37923**